UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CYTOLOGIC, INC.,<br>2401 Research Boulevard, Suite 205<br>Fort Collins, CO 80526<br><br>and<br><br>COLORADO STATE UNIVERSITY<br>RESEARCH FOUNDATION<br>601 S. Howes, Room 410,<br>Fort Collins, Co 80521<br><br>　　　　　Plaintiffs,<br>v.<br><br>BIOPHERESIS GMBH, and<br>BIOPHERESIS TECHNOLOGIES, INC.<br><br>　　　　　Defendants. | Civ. No. |

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for Cytologic, Inc. and Colorado State University Research Foundation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Cytologic, Inc. and Colorado State University Research Foundation which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Dated: June 6, 2008            By:   /s/ Dane Jaques
                                     Dane B. Jaques (D.C. Bar # 433684)
                                     DOMBROFF GILMORE JAQUES & FRENCH, PC
                                     1676 International Drive, Penthouse
                                     McLean, VA 22102
                                     Telephone: (703) 336-8800
                                     Facsimile: (703) 336-8750

                                     ATTORNEYS FOR PLAINTIFFS CYTOLOGIC
                                     AND
                                     COLORADO STATE UNIVERSITY RESEARCH
                                     FOUNDATION

OF COUNSEL:
Eric H. Chadwick
Brad D. Pedersen
Scott G. Ulbrich
PATTERSON, THUENTE,
SKAAR & CHRISTENSEN, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2100
Telephone: (612) 349-5740
Facsimile: (612) 349-9266