AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Columbia___ on the following   x Patents or  ☐ Trademarks:

| DOCKET NO.<br>CA 08-978 | DATE FILED<br>6/6/08 | U.S. DISTRICT COURT<br>for the District of Columbia ||
|---|---|---|---|
| PLAINTIFF<br><br>**CYTOLOGIC, INC.,** 2401 Research Boulevard, Suite 205 Fort Collins, CO 80526<br>**COLORADO STATE UNIVERSITY RESEARCH FOUNDATION**<br>601 S. Howes, Room 410,<br>Fort Collins, Co 80521 ||  DEFENDANT<br><br>**BIOPHERESIS GMBH**<br>Heidelberg, Germany.<br><br>**BIOPHERESIS ,TECHNOLOGIES, INC.**<br>Apex, North Carolina ||
| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
| 1 | 6,379,708 | 12/31/03 | CYTOLOGIC, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐  Amen ☐   An ☐   Cross ☐   Other Pleading |||
|---|---|---|---|
| PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK ||
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

AO 120 (Rev. 3/04)

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Nancy Mayer-Whittington, Clerk by Joe Burgess | | 6/27/08 |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**