## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

CYTOLOGIC, INC.,

and

COLORADO STATE UNIVERSITY
RESEARCH FOUNDATION

            Plaintiffs,

v.

BIOPHERESIS GMBH, and
BIOPHERESIS TECHNOLOGIES, INC.

            Defendants.

Case: 1:08-cv-00978

Hon. Colleen Kollar-Kotelly

### PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION
### AND LEAVE TO APPEAR FOR ATTORNEYS ERIC H. CHADWICK,
### BRAD. D. PEDERSEN AND SCOTT G. ULBRICH

      Plaintiffs CytoLogic, Inc. and Colorado State University Research Foundation, through undersigned counsel, an active member in good standing of the bar of the U.S. District Court for the District of Columbia, hereby move this Court Pursuant to LCVR 83.2(D) for the *pro hac vice* admission of attorneys Eric H. Chadwick, Brad D. Pedersen and Scott G. Ulbrich, and further move this Court for leave to allow said attorneys to appear as additional counsel for Plaintiffs in this matter. Movants submit and incorporate by reference the attached Declarations of Eric H. Chadwick, Brad D. Pedersen and Scott G. Ulbrich in support of this motion.

                          Respectfully submitted,

                          By:    /s/ Dane Jaques
                          Dane B. Jaques (D.C. Bar # 433684)
                          DOMBROFF GILMORE JAQUES & FRENCH, PC
                          1676 International Drive, Penthouse
                          McLean, VA 22102
                          Telephone: (703) 336-8800
                          Facsimile: (703) 336-8750

                          ATTORNEY FOR PLAINTIFFS CYTOLOGIC AND
                          COLORADO STATE UNIVERSITY RESEARCH
                          FOUNDATION

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

CYTOLOGIC, INC.,
2401 Research Boulevard, Suite 205
Fort Collins, CO 80526

and

COLORADO STATE UNIVERSITY
RESEARCH FOUNDATION
601 S. Howes, Room 410,
Fort Collins, Co 80521

Case: 1:08-cv-00978
Hon. Colleen Kollar-Kotelly

        Plaintiffs,
v.

BIOPHERESIS GMBH, and
BIOPHERESIS TECHNOLOGIES, INC.

        Defendants.

---

**DECLARATION OF BRAD D. PEDERSEN
IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION
PURSUANT TO LCVR 83.2(D)**

The undersigned hereby certifies the following:

(1) My full name is <u>Bradley Dean Pedersen</u>;

(2) My office address and telephone number are:

> Brad D. Pedersen
> Patterson, Thuente, Skaar & Christensen, P.A.
> 4800 IDS Center
> 80 South Eight Street
> Minneapolis, MN 55402-2100
> Telephone: (612) 349-5740

(3) I have been admitted to, and am a member in good standing of, the bars of the following jurisdictions;

   U.S. Supreme Court
   Supreme Court of Minnesota
   Supreme Court of California
   U.S. Court of Appeals for the Federal Circuit
   U.S. Patent and Trademark Office

(4) I have not been disciplined by any bar;

(5) I have been admitted *pro hac vice* in this Court __0__ times in the last two years; and

(6) I do not engage in the practice of law from an office located in the District of Columbia;

(7) I am not a member of the District of Columbia Bar;

(8) I do not have an application pending for membership in the District of Columbia Bar or the Bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___10___ day of June, 2008.

Signed: _____
        Brad D. Pedersen

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

CYTOLOGIC, INC.,
2401 Research Boulevard, Suite 205
Fort Collins, CO 80526

and

COLORADO STATE UNIVERSITY
RESEARCH FOUNDATION
601 S. Howes, Room 410,
Fort Collins, Co 80521

Case: 1:08-cv-00978
Hon. Colleen Kollar-Kotelly

    Plaintiffs,
v.

BIOPHERESIS GMBH, and
BIOPHERESIS TECHNOLOGIES, INC.

    Defendants.

---

**DECLARATION OF ERIC H. CHADWICK
IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION
PURSUANT TO LCVR 83.2(D)**

The undersigned hereby certifies the following:

(1) My full name is  Eric Hugh Chadwick;

(2) My office address and telephone number are:

> Eric H. Chadwick
> Patterson, Thuente, Skaar & Christensen, P.A.
> 4800 IDS Center
> 80 South Eight Street
> Minneapolis, MN 55402-2100
> Telephone: (612) 349-5740

(3) I have been admitted to, and am a member in good standing of, the bars of the following jurisdictions;

> Supreme Court of Minnesota
> U.S. District Court, District of Minnesota
> U.S. District Court, District of Colorado
> U.S. District Court, Eastern District of Wisconsin
> U.S. Court of Appeals for the Federal Circuit
> U.S. Court of Appeals for the Eighth Circuit

(4) I have not been disciplined by any bar;

(5) I have been admitted *pro hac vice* in this Court __0__ times in the last two years; and

(6) I do not engage in the practice of law from an office located in the District of Columbia;

(7) I am not a member of the District of Columbia Bar;

(8) I do not have an application pending for membership in the District of Columbia Bar or the Bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___10th___ day of June, 2008.

Signed: ___[signature]___
Eric H. Chadwick

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

CYTOLOGIC, INC.,
2401 Research Boulevard, Suite 205
Fort Collins, CO 80526

and

COLORADO STATE UNIVERSITY
RESEARCH FOUNDATION
601 S. Howes, Room 410,
Fort Collins, Co 80521

Case: 1:08-cv-00978
Hon. Colleen Kollar-Kotelly

          Plaintiffs,

v.

BIOPHERESIS GMBH, and
BIOPHERESIS TECHNOLOGIES, INC.

          Defendants.

---

### DECLARATION OF SCOTT G. ULBRICH
### IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION
### PURSUANT TO LCVR 83.2(D)

The undersigned hereby certifies the following:

(1) My full name is <u>Scott Gregory Ulbrich</u>;

(2) My office address and telephone number are:

      Scott G. Ulbrich
      Patterson, Thuente, Skaar & Christensen, P.A.
      4800 IDS Center
      80 South Eight Street
      Minneapolis, MN 55402-2100
      Telephone: (612) 349-5740

(3) I have been admitted to, and am a member in good standing of, the bars of the following jurisdictions;

> Supreme Court of Minnesota
> U.S. District Court, District of Minnesota
> U.S. District Court, Eastern District of Wisconsin
> U.S. District Court, Western District of Wisconsin
> U.S. District Court, Eastern District of Michigan
> U.S. Court of Appeals for the Federal Circuit
> U.S. Court of Appeals for the First Circuit
> U.S. Court of Appeals for the Eighth Circuit

(4) I have not been disciplined by any bar;

(5) I have been admitted *pro hac vice* in this Court __0__ times in the last two years; and

(6) I do not engage in the practice of law from an office located in the District of Columbia;

(7) I am not a member of the District of Columbia Bar;

(8) I do not have an application pending for membership in the District of Columbia Bar or the Bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ____10____ day of June, 2008.

Signed: _____
Scott G. Ulbrich

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

CYTOLOGIC, INC.,
2401 Research Boulevard, Suite 205
Fort Collins, CO  80526

and

COLORADO STATE UNIVERSITY
RESEARCH FOUNDATION
601 S. Howes, Room 410,
Fort Collins, Co 80521

Case: 1:08-cv-00978
Hon. Colleen Kollar-Kotelly

        Plaintiffs,

v.

BIOPHERESIS GMBH, and
BIOPHERESIS TECHNOLOGIES, INC.

        Defendants.

---

**ORDER GRANTING *PRO HAC VICE* ADMISSION
AND LEAVE TO APPEAR FOR ATTORNEYS ERIC H. CHADWICK,
BRAD D. PEDERSEN AND SCOTT G. ULBRICH**

    Upon consideration of Plaintiffs' Motion for *pro hac vice* admission and leave to appear for attorneys Eric H. Chadwick, Brad D. Pedersen and Scott G. Ulbrich, and it appearing that all requirements of LCVR 83.2(D) have been met, it is HEREBY ORDERED that the motion is granted and it is FURTHER ORDERED that attorneys Eric. H. Chadwick, D. Pedersen and Scott G. Ulbrich are admitted to the bar of this Court *pro hac vice* and granted leave to appear as additional counsel for Plaintiffs.

    SO ORDERED, this _____ day of _____, 2008.

 

                                            US DISTRICT JUDGE