**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

CYTOLOGIC, INC.,

and

COLORADO STATE UNIVERSITY
RESEARCH FOUNDATION

               Plaintiffs,

v.

BIOPHERESIS GMBH, and
BIOPHERESIS TECHNOLOGIES, INC.

               Defendants.

**NOTICE OF APPEARANCE**

Case: 1:08-cv-00978
Hon. Colleen Kollar-Kotelly

To the Clerk of this court and all parties of record:

Please enter the appearance of Eric H. Chadwick, *pro hac vice*, as counsel in this case for Plaintiffs CytoLogic, Inc. and Colorado State University Research Foundation. The undersigned certifies that he is familiar with the Local Rules of this Court.

Dated this 7th day of August, 2008

               Signed:  /s/ Eric H. Chadwick
                          Eric H. Chadwick (*pro hac vice*)
                          Patterson, Thuente, Skaar & Christensen, P.A.
                          4800 IDS Center
                          80 South Eight Street
                          Minneapolis, MN 55402-2100
                          Telephone: (612) 349-5740