**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| CYTOLOGIC, INC., <br><br> and <br><br> COLORADO STATE UNIVERSITY RESEARCH FOUNDATION <br><br> Plaintiffs, <br> v. <br><br> BIOPHERESIS GMBH, and <br> BIOPHERESIS TECHNOLOGIES, INC. <br><br> Defendants. | **NOTICE OF APPEARANCE** <br><br> Case: 1:08-cv-00978 <br> Hon. Colleen Kollar-Kotelly |

To the Clerk of this court and all parties of record:

Please enter the appearance of Scott G. Ulbrich, *pro hac vice*, as counsel in this case for Plaintiffs CytoLogic, Inc. and Colorado State University Research Foundation. The undersigned certifies that he is familiar with the Local Rules of this Court.

Dated this 7th day of August, 2008

            Signed: /s/ Scott G. Ulbrich
                 Scott G. Ulbrich (*pro hac vice*)
                 Patterson, Thuente, Skaar & Christensen, P.A.
                 4800 IDS Center
                 80 South Eight Street
                 Minneapolis, MN 55402-2100
                 Telephone: (612) 349-5740