## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CYTOLOGIC, INC., and<br>COLORADO STATE UNIVERSITY<br>RESEARCH FOUNDATION,<br><br>                Plaintiffs,<br><br>v.<br><br>BIOPHERESIS GMBH, and<br>BIOPHERESIS TECHNOLOGIES, INC.,<br><br>                Defendants. | Civil Action No. 1:08-cv-00978-CKK |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Defendant Biopheresis Technologies, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Biopheresis Technologies, Inc. which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted, this 4th day of September, 2008.

                                            /s/ Stephen E. Baskin
                                     Stephen E. Baskin, D.C. Bar No. 456015
                                     KILPATRICK STOCKTON LLP
                                     607 14th Street, NW, Suite 900
                                     Washington, DC 20005-2018
                                     Telephone: 202 508 5800
                                     Facsimile: 202 508 5858

- 2 -

Of Counsel:

Susan A. Cahoon
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: 404 815 6500
Facsimile: 404 815 6555

Patrea L. Pabst
PABST PATENT GROUP LLP
400 Colony Square, Suite 1200
1201 Peachtree Street
Atlanta, GA 30361
Telephone: 404 879 2151
Facsimile: 404 879 2160

ATTORNEYS FOR DEFENDANT
BIOPHERESIS TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2008, I electronically filed the foregoing **CERTIFICATE UNDER LCvR 7.1** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record:

>   Dane B. Jaques
>   Dombroff Gilmore Jaques & French, P.C.
>   1676 International Drive, Penthouse
>   McLean, VA 22102

>   /s/ Stephen E. Baskin
>   Stephen E. Baskin, D.C. Bar No. 456015
>   KILPATRICK STOCKTON LLP
>   607 14th Street, NW, Suite 900
>   Washington, DC 20005-2018
>   Telephone: 202 508 5800
>   Facsimile: 202 508 5858
>
>   Attorneys for Defendant Biopheresis Technologies, Inc.